371 A.2d 511
Commonwealth v. Thomas, Appellant.

Argued September 16, 1976.    Neil Leibman, for appellant; James Garrett, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.